## Rosa Collins *vs.* Henry Conners.

Defects in proceedings after the issue of a warrant in a bastardy process are cured by the respondent's subsequently appearing before the magistrate who issued it, and giving bond, without objection, for his appearance at the court of common pleas.

COMPLAINT under the bastardy act, made to Gilbert Haven, a justice of the peace in Middlesex, who issued a warrant to bring the respondent before him or some other justice for the county. The constable who served the warrant took the respondent before another justice of the peace for the county, who held him to appear before said Haven at a time named, at which the respondent appeared and gave bond for his appearance at the next court of common pleas, and appeared accordingly, and at a subsequent term of that court was surrendered by his sureties, and gave a new bond by order of that court.

The defendant afterwards moved to dismiss the complaint, for the following reasons: 1st. Because the warrant for his arrest issued by Haven was not made returnable before Haven only, but before Haven or any other justice in the county; 2d. Because, when arrested, he was not carried before Haven, but before another justice; 3d. Because all the proceedings after his arrest were illegal; 4th. Because all his bonds and recognizances were entered into by him compulsorily, while under duress and unlawful imprisonment. *Sanger*, J. dismissed the complaint, and the complainant alleged exceptions.

*I. S. Morse*, for the complainant.

No counsel appeared for the respondent.

BY THE COURT. The appearance of the respondent before the magistrate who issued the warrant, and there giving bond for his appearance before the court of common pleas, without raising any objection to the intermediate proceedings, cured any defect in those proceedings. *Exceptions sustained.*